**Exhibit A**

Table of Observed Infringements by Defendants of Wicked Pictures's Copyright Reg. No. PA0001780476

| Defendant | Internet Protocol Address (IP) / Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | State / District Court | Protocol / Hash |
|---|---|---|---|---|
| Doe 1 | 108.20.239.191 / 2012-03-11 13:06:28 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 2 | 108.20.28.120 / 2012-02-14 06:02:12 -0500 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 3 | 108.20.34.227 / 2012-03-13 12:55:26 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 4 | 108.49.179.190 / 2012-03-05 12:29:30 -0500 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 5 | 173.48.186.242 / 2012-04-08 00:59:47 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 6 | 173.48.187.50 / 2012-04-11 00:59:46 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 7 | 173.48.231.80 / 2012-02-20 18:03:55 -0500 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 8 | 173.48.238.59 / 2012-03-13 18:53:11 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 9 | 173.76.181.123 / 2012-05-15 00:52:09 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 10 | 173.76.182.77 / 2012-05-29 21:16:27 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 11 | 174.62.206.140 / 2012-04-26 23:14:10 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 12 | 174.63.2.178 / 2012-02-26 17:39:57 -0500 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 13 | 184.202.189.60 / 2012-05-05 00:59:32 -0400 | Sprint PCS | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 14 | 24.128.204.162 / 2012-07-19 01:14:39 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 15 | 24.183.184.214 / 2012-05-20 17:35:23 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |

| Doe 16 | 24.218.17.29 / 2012-06-08 19:11:15 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
|---|---|---|---|---|
| Doe 17 | 24.218.232.62 / 2012-03-28 07:04:09 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 18 | 24.34.72.47 / 2012-08-18 18:36:00 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 19 | 24.34.92.54 / 2012-07-20 22:57:23 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 20 | 24.60.168.246 / 2012-03-25 19:10:35 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 21 | 24.61.116.81 / 2012-03-12 16:53:34 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 22 | 24.61.140.53 / 2012-02-17 00:59:33 -0500 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 23 | 24.61.43.13 / 2012-04-20 22:26:01 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 24 | 24.63.165.68 / 2012-04-22 11:41:45 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 25 | 24.63.182.120 / 2012-04-24 23:00:53 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 26 | 24.91.216.24 / 2012-03-26 00:59:46 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 27 | 65.96.113.182 / 2012-04-16 12:37:34 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 28 | 65.96.224.246 / 2012-04-27 06:10:18 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 29 | 65.96.240.213 / 2012-02-12 19:10:39 -0500 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 30 | 67.186.188.101 / 2012-04-01 00:55:57 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 31 | 71.184.157.136 / 2012-03-10 16:14:42 -0500 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 32 | 71.192.181.79 / 2012-03-01 18:40:45 -0500 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 33 | 71.232.194.117 / 2012-05-18 18:22:08 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |

| Doe 34 | 71.232.57.184 / 2012-05-03 21:00:07 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| --- | --- | --- | --- | --- |
| Doe 35 | 71.234.248.69 / 2012-03-15 19:03:40 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 36 | 71.88.109.24 / 2012-04-02 17:21:38 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 37 | 72.70.43.253 / 2012-03-15 17:27:28 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 38 | 72.93.97.113 / 2012-04-14 22:57:31 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 39 | 75.69.45.178 / 2012-03-22 00:59:46 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 40 | 96.233.126.15 / 2012-03-10 07:09:49 -0500 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 41 | 96.33.166.92 / 2012-03-11 10:01:29 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 42 | 98.110.167.250 / 2012-06-03 19:11:06 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 43 | 98.216.159.2 / 2012-05-17 00:59:38 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 44 | 98.216.201.130 / 2012-02-20 12:23:09 -0500 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 45 | 98.216.240.16 / 2012-03-20 00:56:44 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |
| Doe 46 | 98.217.32.227 / 2012-04-16 07:12:26 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / d46c1c513f18f9f22faf5ab398898c94fce88498 |